**STATE v. RYAN**

[366 N.C. 385 (2012)]

| | | |
|---|---|---|
| STATE OF NORTH CAROLINA | ) | |
| | ) | |
| v. | ) | From Gaston County |
| | ) | |
| MICHAEL PATRICK RYAN | ) | |

No. 366A10

## ORDER

The defendant's motion for appropriate relief is remanded to the Superior Court, Gaston County, to hold an evidentiary hearing on defendant's motion for appropriate relief filed 21 December 2012.

The stay of appellate proceedings entered 9 September 2010 continues in effect.

By Order of this Court, this 24th day of January, 2013.

s/Beasley, J.
For the Court